| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 1:00CR00094 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 05-5010 PHX HM |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Roy Ramirez 11355 Cocopah St. Avondale, AZ 85323 | DISTRICT Southern District of Ohio | DIVISION Western |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Herman J. Weber Senior United States District Judge | |
| | DATES OF SUPERVISED RELEASE: | FROM December 30, 2004 | TO December 29, 2008 |

OFFENSE

Conspiracy to Possess with Intent to Distribute Methamphetamine in Excess of Five Grams and Marijuana

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "Southern District of Ohio"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Arizona upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

6/8/05
Date

*(signed)*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8-1-05
Effective Date

*(signed)*
United States District Judge